TOBIN & TOBIN
JOHN P. CHRISTIAN, ESQ., SBN 111444
DANIEL C. ZAMORA, ESQ., SNB 224375
TOBIN & TOBIN
500 Sansome Street, 8th Floor
San Francisco, CA 94111-3211
Telephone: (415) 433-1400
Facsimile: (415) 433-3883

Attorneys for Defendant BAYCAL FINANCIAL
SANTA CLARA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MANUEL PASCO AND GRETA PASCO,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, JPMORGAN CHASE BANK, N.A.; BAYCAL FINANCIAL SANTA CLARA CORPORATION, LILY TRAN SILVERMAN and DOES 1-20 inclusive,<br><br>Defendants. | CASE NO. CV09-05017 JCS<br><br>JUDGE: Hon. Joseph C. Spero<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: October 21, 2009 |
|---|---|

**TO ALL INTERESTED PARTIES AND THE HONORABLE COURT:**

Plaintiffs Manuel Pasco and Greta Pasco ("Plaintiffs"), by and through their counsel of record, Sharon L. Lapin, and Defendant BayCal Financial Santa Clara Corporation (Defendant), by and through its counsel, Tobin & Tobin, hereby stipulate as follows:

Defendant shall have through and including December 18, 2009 to respond to the Complaint on file herein.

SO STIPULATED:

-1-

| | | |
|---|---|---|
| Dated: December 7, 2009 | | TOBIN & TOBIN<br>A Professional Corporation<br><br>By: _____[signature]_____<br>JOHN P. CHRISTIAN, ESQ.<br>Attorneys for Defendant<br>BAYCAL FINANCIAL SANTA CLARA<br>CORPORATION |
| Dated: December 8, 2009 | | By: _____/s/_____<br>SHARON L. LAPIN, ESQ.<br>Attorneys for Plaintiffs<br>MANUEL PASCO AND<br>GRETA PASCO |

H:\JPC\BayCal\Stipulation.doc

December 9, 2009

**IT IS SO ORDERED**
[signature]
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**