TOBIN & TOBIN
JOHN P. CHRISTIAN, ESQ., SBN 111444
DANIEL C. ZAMORA, ESQ., SNB 224375
TOBIN & TOBIN
500 Sansome Street, 8th Floor
San Francisco, CA  94111-3211
Telephone:    (415) 433-1400
Facsimile:    (415) 433-3883

Attorneys for Defendant BAYCAL FINANCIAL SANTA CLARA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PASCO AND GRETA PASCO,<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, JPMORGAN CHASE BANK, N.A.; BAYCAL FINANCIAL SANTA CLARA CORPORATION, LILY TRAN SILVERMAN and DOES 1-20 inclusive,<br><br>Defendants. | CASE NO.  CV09-05017 JCS<br><br>JUDGE:    Hon. Joseph C. Spero<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed:  October 21, 2009 |

**TO ALL INTERESTED PARTIES AND THE HONORABLE COURT:**

Plaintiffs Manuel Pasco and Greta Pasco ("Plaintiffs"), by and through their counsel of record, Sharon L. Lapin, and Defendant BayCal Financial Santa Clara Corporation (Defendant), by and through its counsel, Tobin & Tobin, hereby stipulate as follows:

Defendant shall have through and including December 18, 2009 to respond to the Complaint on file herein.

SO STIPULATED:

```
1
2   Dated: December 7, 2009              TOBIN & TOBIN
                                         A Professional Corporation
3
4                                        By: _____
                                             JOHN P. CHRISTIAN, ESQ.
5                                            Attorneys for Defendant
                                             BAYCAL FINANCIAL SANTA CLARA
6                                            CORPORATION
7
8   Dated: December 8, 2009              By: _____/s/_____
                                             SHARON L. LAPIN, ESQ.
9                                            Attorneys for Plaintiffs
                                             MANUEL PASCO AND
10                                           GRETA PASCO
11
    H:\JPC\BayCal\Stipulation.doc
12
13      December 9, 2009
```

**IT IS SO ORDERED**

Judge Charles R. Breyer

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

-2-

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**